UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUDY CECELIA SPEARS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 1:06-cv-01534-RLY-WTL |
| | ) |
| COMMUNITY HOSPITAL SOUTH, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The parties to the above-captioned matter, by counsel, having filed a Stipulation of Dismissal, and the Court, being duly advised in the premises, now finds that said Stipulation of Dismissal should be granted. IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that this matter be dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

DATED: 09/19/2007 , 2007

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Brandon M. Shelton
Kristin B. Keltner
OGLETREE, DEAKINS, NASH, SMOAK, & STEWART
111 Monument Circle
Suite 4600
Indianapolis, IN 46204

John H. Haskin
Kyle C. Gillaspie
HASKIN LAUTER LaRUE & GIBBONS
255 North Alabama Street
Indianapolis, IN 46204